POLSINELLI LLP
NOEL S. COHEN. (SBN 219645)
ncohen@polsinelli.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 556-1801
Fax: (310) 556-1802

*Attorneys for Defendant Lifefactory, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY SPEARMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFEFACTORY, INC.,<br><br>Defendant. | Case No. 2:17-cv-01647-TLN-KJN<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER**<br><br>Complaint Filed: August 8, 2017<br>Complaint Served: August 16, 2017<br><br>Original Response Date: September 7, 2017<br>Current Response Date: October 5, 2017<br>Proposed New Response Date: October 16, 2017<br><br>Trial Date: Not Yet Set |

Defendant Lifefactory, Inc., through its counsel, and Plaintiff Dusty Spearman, through his counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on August 8, 2017.

WHEREAS, Plaintiff served Defendant on August 16, 2017.

WHEREAS, the time for Defendant to respond to the Complaint was extended to October 5, 2017 via Stipulation between the parties.

-1-

Case No. 2:17-cv-01647-TLN-KJN
60567638.1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER

WHEREAS, the parties are attempting to resolve this dispute without the need for further litigation in this Court.

WHEREAS extending this deadline would prejudice no party;

WHEREAS, for good cause shown, the parties stipulate to extend the deadline for Defendant to respond to the Complaint to October 16, 2017 and hereby submit that stipulation for approval by the Court.

Dated: September 29, 2017                **POLSINELLI LLP**

                                         /s/ *Noel Cohen*
                                    By:  Noel S. Cohen

                                         *Attorneys for Lifefactory, Inc.*

Dated: September 29, 2017                **BURSOR & FISHER P.A.**

                                         /s/ *Joel D. Smith*
                                    By:  Joel D. Smith
                                         Attorneys for Plaintiff Dusty Spearman

Having considered the Stipulation, and for good cause shown, it is hereby ORDERED as follows:

Defendant's deadline to respond to the Complaint is continued to October 16, 2017.

IT IS SO ORDERED.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge